In the Matter of the Claim of Mrs. JESSE M. BISHOP, Appellant, against GEORGE HEROLD & SON and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

LOUIS N. BRUMER, Respondent, v. LILLIAN IDA BRUMER, Appellant, and Another.— Motion for reargument granted. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN CARMODY, Appellant, against MOCHA DRESSING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MURRAY CORBETT, Appellant, against BABCOCK COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ALFREDO CURCI, Appellant, against I. MILLER & SON and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of LOUIS DUFOUR, Appellant, against ADIRONDACK ELECTRIC POWER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

IRENE GOLDEN, an Infant, by Her Guardian ad Litem, MICHAEL GOLDEN, Appellant, v. CHARLES SCHNEIDER, Respondent.— Motion granted, on payment of ten dollars costs by the appellant within ten days; otherwise, motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

MICHAEL GOLDEN, Plaintiff, v. CHARLES SCHNEIDER, Defendant.— Motion denied on the ground that the application should be made at Special Term. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

JELENK THEATRE Co., INC., Respondent, v. MARCUS ARGINTEANU, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal by December 20, 1927, and pays said costs, in which event motion is denied. The appeal papers must be printed. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

NEW YORK POWER AND LIGHT CORPORATION, Plaintiff, v. DAVID GREGG and THOMAS O'CONNOR, Defendants.— Motion granted on condition that appellant has the appeal in readiness for argument on the first day of the next term at which said appeal may be heard. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY QUIGLEY, Appellant, against SUPERIOR METER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.